EDITH B. GALLAGHER, Individually and as Guardian ad Litem of FRANK PAGLIARO, JR., and Another, Infants, v. FRANK J. PAGLIARO.— Present — Dore, J. P., Cohn, Van Voorhis and Shientag, JJ. [See 278 App. Div. 898.]

PEGGY EQUITIES CORP., Respondent, v. BENJAMIN J. LEAVIN et al., Appellants, et al., Defendants— Present — Peck, P. J., Glennon, Callahan and Van Voorhis, JJ. [See 278 App. Div. 909.]

JOAN E. KRIEGER, an Infant, by HARRY KRIEGER, Her Guardian ad Litem, Appellant, v. WILLIAM HARRIS et al., Respondents, et al., Defendants.— Present — Peck, P. J., Glennon, Callahan and Van Voorhis, JJ. [See 278 App. Div. 911.]

OLGA L. DONOGHUE v. JAMES W. DONOGHUE.— Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See 278 App. Div. 921.]

EDWARD ROSNER, Appellant-Respondent, v. U. S. WATERWAYS CORPORATION, Respondent-Appellant, and AMERICAN TRAMP SHIPPING DEVELOPMENT CORPORATION, Appellant, and EMANUEL KULUKUNDIS, Respondent.— Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See 278 App. Div. 168.]

ARSENE GAUTIER, Respondent, v. PRO-FOOTBALL, INC., Defendant, and AMERICAN BROADCASTING CO., INC., et al., Appellants.— Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 278 App. Div. 431.]

WILLIAM L. BROMBERG v. LES COFF REALTY CORP.— Present — Peck, P. J., Glennon, Cohn and Van Voorhis, JJ. [See 278 App. Div. 796.]

In the Matter of the Arbitration between ATLANTIC RAYON CORPORATION et al., Appellants, and HAROLD GOLDSMITH, Doing Business under the Name of HARGOLD TEXTILES, Respondent— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 554.]

In the Matter of GEORGE E. REYNOLDS, Appellant. CITY OF NEW YORK, Respondent.— Present — Peck, P. J., Glennon, Callahan and Shientag, JJ. [See 278 App. Div. 917.]